UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| VALZEAN B. MILLER, | Civil No. 3:20-CV-06038-BAT |
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be reversed and remanded for further administrative proceedings, including but not limited to the following: the Administrative Law Judge will reevaluate the medical evidence, including that from Dr. Patterson and Dr. Coe; reevaluate the subjective allegations from Plaintiff and his lay witnesses in light of the reevaluated medical evidence; re-evaluate Plaintiff's RFC; and recommence with the sequential evaluation process, obtaining vocational expert testimony as necessary.

The parties stipulate that this remand be made pursuant to sentence four of 42 U.S.C. § 405(g). The parties agree that reasonable attorney fees and costs will be awarded under the Equal Access to Justice Act, 28 U.S.C. § 2412, upon proper request to the Court.

Page 1        ORDER - [3:20-CV-06038-BAT]

DATED this 19th day of July, 2021.

BRIAN A. TSUCHIDA
United States Magistrate Judge

Presented by:

s/ Thomas M. Elsberry
THOMAS M. ELSBERRY
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-2112
Fax: (206) 615-2531
thomas.elsberry@ssa.gov